UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FIFTY-TWO THOUSAND THREE )<br>HUNDRED FORTY-EIGHT DOLLARS )<br>($52,348.00) IN UNITED STATES CURRENCY )<br>)<br>ONE 2003 DODGE RAM 2500 PICKUP )<br>TRUCK, VIN: 1D7KU28D93J568929, )<br>)<br>ONE 2002 INTERNATIONAL NAVI, )<br>Model MA0250, VIN: 1HTMMAAM82H549661, )<br>    Defendants-<u>in-rem</u>. | Civ. No. 05-155-P-H |

## **DECREE OF FORFEITURE**

WHEREAS, on August 10, 2005, a Verified Complaint for Forfeiture against the defendants-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of 21 U.S.C. §§ 881(a)(4) and (a)(6) ; and

WHEREAS, it appearing that process was fully issued in this action and returned according to law; and

WHEREAS, on September 8, September 15 and September 22, 2005, notice of this action was published in The Bridgton News, a newspaper of general circulation; and

WHEREAS, on August 23, 2005, Notice was served on Frank Kimball; and

WHEREAS, on August 25, 2005, Notice was served on Chrysler Financial Corporation; and

WHEREAS, on September 22, 2005, a Settlement Stipulation was entered into between Frank Kimball and the United States of America; and

WHEREAS, on September 23, 2005, this Court entered the Settlement Stipulation and Order settling this case on the terms and conditions set forth in that document; and

WHEREAS, no other persons or entities have asserted a claim to the defendants-in-rem and the time to file a claim has passed;

NOW THEREFORE, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

(a) one 2003 Dodge Ram 2500 Pickup Truck, VIN: 1D7KU28D93J568929 and Fifty-Two Thousand Three Hundred Forty-Eight Dollars ($52,348.00) in United States currency are hereby forfeited to the United States;

(b) Frank Kimball shall make all loan payments on the 2003 Dodge Ram Truck to Chrysler Financial current through the date of the final Decree of Forfeiture and the United States agrees to pay off the lien to Chrysler Financial (up to the value of the vehicle) within 30 days of the entry of the final Decree of Forfeiture;

(c) within 15 days of the entry of a final Decree of Forfeiture the United States agrees to return the 2002 International Navi, Model MA0250, VIN: 1HTMMAAM82H549661 to Frank Kimball; and

(d) the United States of America will dispose of the forfeited property in accordance with law.

**SO ORDERED,**

/s/ D.Brock Hornby
D. Brock Hornby
United States District Court